```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

MAY 26 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA    SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 00184 AWI |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| ROBERT CERVANTES, et al., | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 26, 2011, charging the above defendants with a violation of Title 21, United States Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings

1 | of the Indictment or any warrants issued pursuant thereto, except
2 | when necessary for the issuance and execution of the warrant.
3 | DATED: May 26, 2011                    Respectfully submitted,
4 |                                        BENJAMIN B. WAGNER
  |                                        United States Attorney
5 |
  |                                        By /s/ Kimberly A. Sanchez
6 |                                        KIMBERLY A. SANCHEZ
  |                                        Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 26 day of May, 2011
9 |
10|                                        _____
  |                                        U.S. Magistrate Judge

2