BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077

FILED
MAY 31 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00184 AWI |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL INDICTMENT AND |
| ) | WARRANT OF ARREST |
| v. ) | |
| ) | |
| ROBERT CERVANTES, ) | |
| CHERYL STROUD, AND ) | |
| JENNIFER STROUD ) | |
| ) | |
| Defendant. ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record.

Dated: May 31, 2011

_____
U.S. Magistrate Judge

1