**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHERYL STROUD,<br><br>            Defendant. | No.  1:11-CR-0184 AWI BAM<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

   The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

   [x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

   [X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

   This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

   Dated:   **October 13, 2016**              /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE